IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-CT-3021-M

BOBBY MCKINLEY CANADY, )
)
v. )
)
DAVID BATEHOLTS, )

## WRIT OF HABEAS CORPUS

### THE GOVERNOR OF THE STATE OF NORTH CAROLINA

**TO:** Warden Chris Woods
Hyde Correctional Institution
P.O. Box 278
Swan Quarter, NC 27885

**GREETINGS:**

**We command** that you produce the body of **BOBBY MCKINLEY CANADY #0508400** now held in custody at the **Hyde Correctional Institution** in Swan Quarter, North Carolina, and deliver the same to the custody of the United States Marshals Service at **the United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina**, for the purpose of appearing at a settlement conference scheduled in the above captioned case before the Honorable Robert B. Jones, Jr., United States Magistrate Judge on **Monday, April 21, 2025, at 9:30 a.m.**

The authorities of the North Carolina Department of Adult Correction ("DAC") are directed to deliver the prisoner to the United States Courthouse at least 30 minutes prior to the hearing and, when the prisoner has served his purpose and is released by the court, return him to the appropriate prison facility. The DAC shall also bring to the attention of the United States Marshal any medical or security concerns regarding the prisoner.

Copies of this Writ will be certified to the Director of Prisons, State of North Carolina, Raleigh, North Carolina; North Carolina Prisoner Administration; the Attorney General of North

Carolina; the Warden or Superintendent of the prison unit in which the prisoner is presently held; and the United States Marshal, Raleigh, North Carolina.

SO ORDERED this __9__ of April, 2025.

_____
Robert B. Jones, Jr.
United States Magistrate Judge