IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CT-3021-M

BOBBY MCKINLEY CANADY,                )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )
                                       )
DAVID BATEHOLTS,                       )          **ORDER**
*Correctional Officer*,                )
                                       )
          Defendant.                   )
                                       )
                                       )

This matter comes before the court on Plaintiff's consent motion to extend the time for the parties to consummate the settlement and file the appropriate documents to dismiss all claims. [DE-69]. For good cause shown, the motion is allowed. Accordingly, the parties shall consummate the settlement and dismiss all claims by no later than **Friday, June 20, 2025**.

SO ORDERED, this the 2٠ day of May, 2025.

Robert B. Jones, Jr.
United States Magistrate Judge